UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LORI BLACKBURN,<br><br>        Plaintiff,<br><br>        v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>        Defendant. | 1:16-CV-3192-FVS<br><br>ORDER REMANDING FOR FURTHER PROCEEDINGS |

**THE PARTIES** having jointly moved for remand; Now, therefore

**IT IS HEREBY ORDERED**:

1. The parties "Stipulated Motion" (**ECF No. 18**) is **granted**.

2. "Plaintiff's Motion for Summary Judgment" (**ECF No. 13**) is **denied as moot**.

**IT IS SO ORDERED**. The District Court Executive is hereby directed to file this Order, furnish copies to counsel, and close the case.

**DATED** this 22nd day of June, 2017.

<u>s/Fred Van Sickle</u><br>
FRED VAN SICKLE<br>
Senior United States District Judge

Order ~ 1